B6 Summary (Official Form 6 - Summary) (12/07) 

# United States Bankruptcy Court
## Northern District of California

In re _____Andrew Bishop Carter_____ Debtor

Case No. __10-15033__

Chapter __7__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 385,000.00 | | |
| B - Personal Property | YES | 3 | $ 50,086.00 | | |
| C - Property Claimed as exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 342,848.62 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 43,528.77 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 5,289.70 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 5,730.94 |
| TOTAL | | 15 | $ 435,086.00 | $ 386,377.39 | |

Case: 10-15033   Doc# 19   Filed: 04/01/11   Entered: 04/01/11 15:34:09   Page 1 of 10

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of California

*Amended*

In re Andrew Bishop Carter, Debtor

Case No. 10-15033

Chapter 7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

State the Following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 5,289.70 |
| Average Expenses (from Schedule J, Line 18) | $ 5,730.94 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR Form 22C Line 20 ) | $ 7,825.33 |

State the Following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 15,713.44 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 43,528.77 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 59,242.21 |

B6B (Official Form 6B) (12/07)

In re **Andrew Bishop Carter**                             Case No. **10-15033**
_____                         _____
            Debtor                                              (If Known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand, in pocket/wallet, not over: In Debtor's possession | | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking and savings, not over: In Debtor's possession | | 2,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Ordinary, reasonable household goods and possessions In Debtor's possession | | 1,000.00 |
| | | Home computer In Debtor's possession | | 300.00 |
| | | TV (2), refrigerator, Gas stove, Maytag In Debtor's possession | | 400.00 |
| 5. Books, Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, home decor and miscellany In Debtor's possession | | 100.00 |
| 6. Wearing apparel. | | Clothes In Debtor's possession | | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Bicycle and camera only In Debtor's possession | | 100.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 32050-301X-00010

*Amended*

Case: 10-15033    Doc# 19    Filed: 04/01/11    Entered: 04/01/11 15:34:09    Page 3 of 10

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Annuity - Local 39<br>In Debtor's possession<br><br>Kaiser 401k<br>In Debtor's possession | | 6,100.00<br><br><br>18,321.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Contingent income tax refund(s), if any, not over:<br>In Debtor's possession | | 2,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Andrew Bishop Carter  
          Debtor

Case No. 10-15033  
        (If known)

*Amended*

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Kia Spectra<br>In Debtor's possession<br>Note - Value per KBB | | 4,065.00 |
| | | 2009 Kia Rondo<br>In Debtor's possession<br>Note - value per KBB | | 13,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Accrued, unpaid wages, not over:<br>In Debtor's possession | | 2,000.00 |

                             0 continuation sheets attached    Total   $ 50,086.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Case: 10-15033   Doc# 19   Filed: 04/01/11   Entered: 04/01/11 15:34:09   Page 5 of 10

B6C (Official Form 6C) (04/10)

In re Andrew Bishop Carter  
          Debtor

**AMENDED**

Case No. 10-15033  
        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)

☐ 11 U.S.C. § 522(b)(2)  
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Below Market deed-restricted family house at 21 Mariners Circle San Rafael, CA 94903 (current contract requires "resale" to Marin County Housing for $220k) | C.C.P. 703.140(b)(5) | 16,610.00 | 385,000.00 |
| 2005 Kia Spectra | C.C.P. 703.140(b)(2)<br>C.C.P. 703.140(b)(5) | 3,525.00<br>540.00 | 4,065.00 |
| Cash on hand, in pocket/wallet, not over: | C.C.P. 703.140(b)(5) | 100.00 | 100.00 |
| Checking and savings, not over: | C.C.P. 703.140(b)(5) | 2,000.00 | 2,000.00 |
| Ordinary, reasonable household goods and possessions | C.C.P. 703.140(b)(3) | 1,000.00 | 1,000.00 |
| Books, home decor and miscellany | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| Clothes | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| Bicycle and camera only | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| Annuity - Local 39 | C.C.P. 703.140(b)(10)(E) | 6,100.00 | 6,100.00 |
| Kaiser 401k | C.C.P. 703.140(b)(10)(E) | 18,321.00 | 18,321.00 |
| Contingent income tax refund(s), if any, not over: | C.C.P. 703.140(b)(5) | 2,000.00 | 2,000.00 |
| Accrued, unpaid wages, not over: | C.C.P. 703.140(b)(5) | 2,000.00 | 2,000.00 |
| Home computer | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |
| TV (2), refrigerator, Gas stove, Maytag | C.C.P. 703.140(b)(3) | 0.00 | 400.00 |
| | Total exemptions claimed: | 52,796.00 | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Case: 10-15033   Doc# 19   Filed: 04/01/11   Entered: 04/01/11 15:34:09   Page 6 of 10

B6D (Official Form 6D) (12/07)

**Amended**

In re  Andrew Bishop Carter
     ──────────────────────────
              Debtor

Case No. 10-15033
         ──────────────
              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bank of America<br>P.O. Box 515503<br>Los Angeles, CA 90051-6803 | | | Security: Below Market deed-restricted family house at 21 Mariners Circle San Rafael, CA 94903<br><br>VALUE $ 385,000.00 | | | | 313,235.18 | 0.00 |
| ACCOUNT NO.<br>Best Buy Retail Services<br>P.O. Box 60148<br>City of Industry, CA 91716-0148 | | | Security: TV (2), refrigerator, Gas stove, Maytag<br><br>VALUE $ 400.00 | | | | 4,774.24 | 4,374.24 |
| ACCOUNT NO.<br>Kia Motors Finance<br>P.O. Box 78047<br>Phoenix, Az 85062-8047 | | | Security: 2009 Kia Rondo<br><br>VALUE $ 13,500.00 | | | | 24,839.20 | 11,339.20 |

___0___ continuation sheets attached

Subtotal ▶ (Total of this page) $ 342,848.62 | $ 15,713.44

Total ▶ (Use only on last page) $ 342,848.62 | $ 15,713.44

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B61 (Official Form 6I) (12/07)

**AMENDED**

In re  Andrew Bishop Carter  
        Debtor

Case 10-15033 (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son | AGE(S): 14 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Stationary Engineer | |
| Name of Employer | Kaiser Hospital Richmond | |
| How long employed | 15 years | |
| Address of Employer | 901 Nevin Avenue | N.A. |
| | Richmond, CA 94801 | |

INCOME: (Estimate of average or projected monthly income at time case filed)    DEBTOR    SPOUSE

1. Monthly gross wages, salary, and commissions     $ 7,376.00     $ N.A.
   (Prorate if not paid monthly.)
2. Estimated monthly overtime     $ 0.00     $ N.A.
3. SUBTOTAL     $ 7,376.00     $ N.A.
4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and social security     $ 1,562.00     $ N.A.
   b. Insurance     $ 0.00     $ N.A.
   c. Union Dues     $ 0.00     $ N.A.
   d. Other (Specify: Child support (garnishment) )     $ 524.30     $ N.A.
5. SUBTOTAL OF PAYROLL DEDUCTIONS     $ 2,086.30     $ N.A.
6. TOTAL NET MONTHLY TAKE HOME PAY     $ 5,289.70     $ N.A.

7. Regular income from operation of business or profession or farm     $ 0.00     $ N.A.
   (Attach detailed statement)
8. Income from real property     $ 0.00     $ N.A.
9. Interest and dividends     $ 0.00     $ N.A.
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above.     $ 0.00     $ N.A.
11. Social security or other government assistance
    ( Specify)     $ 0.00     $ N.A.
12. Pension or retirement income     $ 0.00     $ N.A.
13. Other monthly income     $ 0.00     $ N.A.
    (Specify)     $ 0.00     $ N.A.

14. SUBTOTAL OF LINES 7 THROUGH 13     $ 0.00     $ N.A.

15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14)     $ 5,289.70     $ N.A.

16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15)     $ 5,289.70

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    None
    (Note - if count fiancee and her grandchildren, then family size is 5)

B6J (Official Form 6J) (12/07)

In re   Andrew Bishop Carter                                    Case No.  10-15033
              Debtor                                                        (if known)

**AMENDED**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,250.00 |
|     a. Are real estate taxes included?  Yes _____  No ✓ | |
|     b. Is property insurance included?  Yes _____  No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $ 267.00 |
|     b. Water and sewer | $ 22.47 |
|     c. Telephone | $ 207.33 |
|     d. Other  Garbage $29.95; Cable $87.38 | $ 117.33 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 1,000.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 25.00 |
| 7. Medical and dental expenses | $ 25.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 95.00 |
| 10. Charitable contributions | $ 10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 32.65 |
|     b. Life | $ 79.37 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 121.80 |
|     e. Other _____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 344.99 |
|     b. Other  HOA Dues | $ 483.00 |
|     c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other   Miscell and sundry (kids' etc) | $ 100.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 5,730.94 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
None
_____

20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 5,289.70 |
| b. Average monthly expenses from Line 18 above | $ 5,730.94 |
| c. Monthly net income (a. minus b.) | $ -441.24 |

B6 (Official Form 6 - Declaration) (12/07)



In re  Andrew Bishop Carter  
　　　　　　Debtor

Case No.  10-15033  
　　　　(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  March 31, 2011　　　　　Signature:  /s/ Andrew C. Bishop  
　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date _____　　Signature:  Not Applicable  
　　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,　　　　　Social Security No.  
of Bankruptcy Petition Preparer　　　　　　　　　(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____　　　　　　_____  
　　Signature of Bankruptcy Petition Preparer　　　　　　　　　　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____　　Signature: _____

_____  
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.